UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23745-CIV-ALTONAGA/Damian

**WINDY LUCIUS**,

    Plaintiff,

v.

**AVENTURA RESTAURANT, LLC**,

    Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Settlement [ECF No. 18], filed on November 27, 2023. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of November, 2023.

                                              _____
                                              CECILIA M. ALTONAGA
                                              CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record